No. 80-415. RAILWAY LABOR EXECUTIVES' ASSN. v. GIBBONS, TRUSTEE, ET AL. D. C. N. D. Ill. [Probable jurisdiction postponed, 451 U. S. 936]; and

No. 80-1239. RAILWAY LABOR EXECUTIVES' ASSN. v. GIBBONS, TRUSTEE, ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 451 U. S. 936.] Motion of the Solicitor General for divided argument and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. The nonfederal appellees are also allotted an additional 10 minutes for oral argument.

No. 80-990. CABELL, ACTING CHIEF PROBATION OFFICER OF LOS ANGELES COUNTY, ET AL. v. CHAVEZ-SALIDO ET AL. D. C. C. D. Cal. [Probable jurisdiction noted, 450 U. S. 978.] Motion of Service Employees International Union, Local 535, for leave to file a brief as *amicus curiae* granted.

No. 80-1082. SMITH, CORRECTIONAL SUPERINTENDENT v. PHILLIPS. C. A. 2d Cir. [Certiorari granted, 450 U. S. 909.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 80-1208. NEW ENGLAND POWER CO. v. NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL.;

No. 80-1471. MASSACHUSETTS ET AL. v. NEW HAMPSHIRE LEGISLATIVE UTILITY CONSUMERS' COUNCIL ET AL.; and

No. 80-1610. ROBERTS, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. v. NEW HAMPSHIRE PUBLIC UTILITIES COMMISSION ET AL. Sup. Ct. N. H. [Probable jurisdiction noted, 451 U. S. 981.] Motion of appellants for divided argument granted.

No. 80-1348. FLORIDA DEPARTMENT OF STATE v. TREASURE SALVORS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 451 U. S. 982.] Motion of petitioner for divided argument and for additional time for oral argument denied.